AO 442 (Rev 12/85) Warrant for Arrest   AUSA Mitrani USSS S/A Caruso (305) 629-1742

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HAROLD ROBINSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6039-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HAROLD ROBINSON
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspired to, and actually used one or more access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period; and knowingly and with intent to defraud, executed a scheme and artifice to defraud a financial institution;

in violation of Title 18 United States Code, Section(s) 2; 1029(a)(2) (b)(2); 1344

LURANA S. SNOW
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond w/Nebbia

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 11, 2000, Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |