UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 00-6078

UNITED STATES OF AMERICA )
              Plaintiff   )   Case Number: CR 55207-004
                          )   REPORT COMMENCING CRIMINAL
       -vs-               )           ACTION
                          )
Robinson, Harold          )
_____       )
              Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office      MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2/22/2000    9:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1029 - Access Device Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 5/28/54

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern district of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/22/00        (9) Arresting Officer: SA C Lopez

(10) Agency: USSS         (11) Phone: 954 925 0717

(12) Comments: _____

16