COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Harold Robinson (J)#　　　　　CASE NO: 00-6042-CR-Zloch
USA: Bertha Mitrani *present*　　　　ATTNY: Richard Hersh (Temp)
AGENT: 　　　　　　　　　　　　　　　VIOL:
PROCEEDING: Initial Appearance　　　BOND REC: PTD 100,000 Corp. Surety w/Nebbia

BOND HEARING HELD: (yes)/no　　　　COUNSEL APPOINTED:
BOND SET @ $100,000 – 10% cash deposit
　　　　　　　　　　　　　　　　　　　to deposit by Friday
　　　　　　　　　　　　　　　　　　　(Can be released)

CO-SIGNATURES:

SPECIAL CONDITIONS:
　　　　　　　　　　　　　　　　　　　√ – will return Corres
1) Do not violate any law.
2) Appear in court as directed.　　　　√ – advised of charges
3) Surrender and/or do not obtain passports/
　 travel documents.　　　　　　　　　√ – sworn
4) Rpt to PTS as directed / or ___ x's a
　 week/month by phone; ___ x's a week/month　√ – Waives conflict
　 in person.　　　　　　　　　　　　　of atty as far
5) Random urine testing by Pretrial Services.　as bond hrg
　 Treatment as deemed necessary.　　　is concerned
6) Maintain or seek full-time employment. Verifiable
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
　　Electronic Monitoring

Reside at curr. address,
no illegal drugs
n/ excessive alcohol

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL | 2-29-00 | 11:00am | LSS |
| PTD/BOND HEARING: | 2-29-00 | 11:00am | LSS |
| PRELIM/ARRAIGN. OR REMOVAL | | | |
| STATUS CONFERENCE: | | | |

DATE: 2-22-00　　TIME: 11:00am　　TAPE # 00-015　PG # 1285-1545

23