AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT CHRISTOPHER CARUSO (305) 629-1742

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HAROLD ROBINSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6042-CR-ZLOCH
MAGISTRATE JUDGE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  HAROLD ROBINSON
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspiring to, and actually using one or more unauthorized access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period;

in violation of Title 18 United States Code, Section(s) 2; 1029(a)(2), (b)(1), (b)(2);

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond w/Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

February 17, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL | | |
| DATE RECEIVED 02/17/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02/22/2000 | James A. Tassone, USM  FOR: SS | Fred DePompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Mitrani USSS S/A Caruso (305) 629-1742     452306

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

HAROLD ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-4030-

00-6042-CR-WJZ

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HAROLD ROBINSON _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspired to, and actually used one or more access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period; and knowingly and with intent to defraud, executed a scheme and artifice to defraud a financial institution;

in violation of Title __18__ United States Code, Section(s) 2; 1029(a)(2),(b)(2); 1344

LURANA S. SNOW
Name of Issuing Officer

*/s/ Jenny Butler*
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond w/Nebbia

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 11, 2000, Fort Lauderdale, Florida
Date and Location

*/s/ Lurana S. Snow*
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ FT Lauderdale, FL ( this case indicted to 00-6042-Cr-Zloch |

| DATE RECEIVED  02/11/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, USM  FOR:  SS | SIGNATURE OF ARRESTING OFFICER  Fred DePompa, SDUSM |
|---|---|---|
| DATE OF ARREST  02/22/2000 | | |