## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HAROLD ROBINSON (B)            CASE NO: 00-6042-CR-ZLOCH
AUSA: BERTHA MITRANI /Cora           ATTY: RICHARD HERSCH
AGENT:                               VIOL:
PROCEEDING INQ RE CNSL/ARRAIGNMENT   RECOMMENDED BOND
BOND HEARING HELD - yes/no           COUNSEL APPOINTED

         BOND SET @

         SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

Richard Hersch has a conflict & deft requested continuance.

FILED by D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 3-8  //  LSS ✓
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 3-8  //  LSS ✓
                        REMOVAL HRG:
                        STATUS CONF:

Date: 2/29/00   Time 11:00   FTL/LSS TAPE #00- 010   Begin: 1908   End: 1992

32