UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,       :

vs                              :        **N O T I C E**

HAROLD ROBINSON                 :

---

**Type of Case:**   CRIMINAL

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| **PLACE:** | **COURTROOM:** 203 -D |
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** MARCH 8, 2000 |
| Fort Lauderdale, Florida  33301 | **TIME:** 11:00 A.M. |

**TYPE OF PROCEEDING:**

Status on return of retainer paid to Richard Hersch, Esq. If retainer is not returned by the date of the hearing, Mr. Hersch will be required to attend the status to inform the Court of his reason for not doing so.

---

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Date: March 1, 2000
(By)   Deputy Clerk

cc: AUSA Bertha Mitrani
    Richard Hersch, Esq. (faxed)