```
 1                 UNITED STATES DISTRICT COURT        FILED by ___M___ D.C.
                   SOUTHERN DISTRICT OF FLORIDA        CT. REP.
 2                     FORT LAUDERDALE DIVISION
                                                       FEB 29 2000
 3
                                                       CLARENCE MADDOX
 4                                                     CLERK U.S. DIST. CT.
                                                       S.D. OF FLA. - MIAMI

 5   UNITED STATES OF AMERICA,           No: 00-6042-CR-ZLOCH

 6              Plaintiff,               Ft. Lauderdale, FL
                                         February 22, 2000
 7        v.

 8   HAROLD ROBINSON,

 9              Defendant(s).
                                         ORIGINAL
10   _____/

11

12            TRANSCRIPT OF INITIAL APPEARANCE
         BEFORE THE HONORABLE BARRY S. SELTZER,
13            UNITED STATES MAGISTRATE JUDGE.

14

15   APPEARANCES:

16   For the Plaintiff:       BERTHA MITRANI,
                              Asst. U. S. Attorney
17                            99 N.E. 4th Street
                              Miami, Florida  33132-2111
18
     For the Defendant:       RICHARD HERSH, ESQ.
19

20

21   Transcriber:             F. Levy

22

23

24   26 pages

25
```

Accurate Reporting Services, Inc.
Third Floor
172 West Flagler Street
Miami, Florida 33130

34

## NOT

## SCANNED

PLEASE REFER TO COURT FILE