UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6042 CR-ZLOCH

UNITED STATES OF AMERICA,

v.

HAROLD ROBINSON,

Defendant.

_____/



### NOTICE OF APPEARANCE

THIS COURT will enter the appearance of the **LAW OFFICES OF ALAN R. SOVEN**, as counsel for the Defendant, HAROLD ROBINSON, in the above-styled cause of action.

The Clerk of the Court is hereby requested to mail all notices to the undersigned at the address provided below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered to Bertha R. Mitrani, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33131 on this 7th day of March, 2000.

Respectfully submitted,

**LAW OFFICES OF ALAN R. SOVEN**
1571 NW 13th Court
Miami, Florida 33125

By: _____
Alan R. Soven
FLORIDA BAR NO: 259421

LAW OFFICES
**ALAN R. SOVEN**
1571 NORTHWEST 13TH COURT, MIAMI, FLORIDA 33125 • TELEPHONE (305) 326-0330