UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

vs

HAROLD ROBINSON

ARRAIGNMENT INFORMATION SHEET

*FILED by MAR -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: ~~ON BOND FORM~~ *Custody*
                            *bond vacated*

                   Telephone: _____

DEFENSE COUNSEL:   Name:     ALAN SOVEN, ESQ.

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:   $    CON'T AS SET

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this  7TH  day of  MARCH  , 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Penny Butler*
    Deputy Clerk

Tape No. 00- 014

cc: Copy for Judge
    U. S. Attorney

37