UNITED STATES OF AMERICA

vs.

HAROLD ROBINSON ,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

FILED by ___ D.C.
MAR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MOTION FOR RETURN OF BOND

Comes now the undersigned and respectfully moves this Honorable Court for refund of the cash bail heretofore posted in the above matter.

HAROLD ROBINSON
Name of Beneficiary

155 VIA MILAN TER
Address

DAVIE FL. 33325
City    State    Zip

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
Social Security Number

/s/ Harold Robinson
Petitioner

ORDER

The conditions of the appearance bond of HAROLD ROBINSON, Defendant in the above-styled cause, having been ~~fully complied with~~ vacated, it is thereupon

ORDERED that the Clerk of this Court do forthwith refund the cash bail in the amount of $ 100,000 10% Cash deposit Dollars plus any interest acrued.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 7th day of March, 2000.

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES DISTRICT MAGISTRATE

cc: Miami Financial

39