COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HAROLD ROBINSON (B)          CASE NO: 00-6042-CR-ZLOCH
AUSA: BERTHA MITRANI /yes/          ATTY: ALAN SOVEN, ESQ. /yes (perm)/
AGENT: _____          VIOL: _____
PROCEEDING INQ RE CNSL/ARRAIGN.     RECOMMENDED BOND _____
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____

        BOND SET @ _____

        SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone;  ____ x's a wk/month in person

3) Travel extended to: _____

*Deft wished to surrender. Bond vacated.*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF:  4-7  11  SNOW

Date: 3/7/00    Time 11:00    FTL/LSS TAPE #00- 014    Begin: 1756    End: 1895

40

[FILED MAR 7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]