UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

v.                                 :

ALEXANDER PEREIRA, et al.,         :

    Defendants.                    :
_____



FILED by _____ D.C.

MAR 10 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on March 8, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference; counsel for the defendants shall have until March 24, 2000, within which to file pretrial motions.

2. The last co-defendant was arraigned within the past week. Also, the Government anticipates that a superseding indictment will be returned within the next two weeks.

DATED at Fort Lauderdale, Florida, this 10th day of March, 2000.

                           *Lurana S. Snow*
                           LURANA S. SNOW
                           CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)
Richard Moore, Esq.
Sam Rabin, Esq.

46