UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

ALEXANDRE PEREIRA,
JONATHAN FREDERICKS,
a/k/a "Jonathan Onwuemelie Fredericks,"
and
HAROLD ROBINSON,

      Defendants.
_____/

## UNITED STATES' NOTICE OF SERVING DISCOVERY

Please take notice that the United States of America served its response to the Standing Discovery Order, its First Supplemental Discovery Response, together with corresponding attachments, five audiotapes and four audiotapes to Alan R. Soven Esq, counsel for Defendant ROBINSON, via Federal Express on March 13, 2000. The NCIC record of Defendant ROBINSON has been provided to counsel for all defendants together with this notice.

      Respectfully submitted,

      THOMAS E. SCOTT
      UNITED STATES ATTORNEY

By: _____
      Bertha R. Mitrani
      Assistant United States Attorney
      Florida Bar No. 88171
      500 East Broward Boulevard
      Fort Lauderdale, Florida 33394
      Tel: 954/ 356-7255
      Fax: 954/356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via Federal Express on this 13t day of March, 2000:

Sam Rabin, Esq.
Counsel for Defendant Alexandre Pereira
Samuel Rabin Jr. P.A.
799 Brickell Plaza, Suite 606
Miami, Florida 33131

Richard Moore, Esq.
Counsel for Defendant Jonathan Fredericks
One Northeast Second Avenue
Ste 200, The White Building
Miami, Florida 33132

Alan R. Soven, Esquire
Law Offices of Alan R. Soven
1571 NW 13th Court
Miami, Florida 33125

Bertha R. Mitrani
Assistant United States Attorney