HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
APR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __HAROLD ROBINSON_____ CASE NO: __00-6042-CR-ZLOCH__
AUSA __BERTHA MITRANI__ /pres ATTY __ALAN SOVAN__ not pres
@ 3030

DEFT __LIONEL HANNA_____ CASE NO: __00-6032-CR-ZLOCH__
AUSA __DON CHASE__ /Kay ATTY __AFPD BOB BERUBE__
new cnsl to file an appearance          00-030 @ 2864
trial set 5/22

DEFT __SHERMAN EXLEY_____ CASE NO: __00-8033-CR-ZLOCH__
AUSA __JAMES HOPKINS__ /Kay ATTY __FPD Berube for Wilcox__
disc not out - no trial set          @ 2938
possible plea - disc to be out by
4/12 - m/due 4-26

DEFT _____ CASE NO:_____
AUSA _____ ATTY _____


DEFT _____ CASE NO:_____
AUSA _____ ATTY _____


DATE __4/7/00_____ TIME __9:30__


54