FILED by D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Harold Robinson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-21-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:          Address: In Custody

                    Telephone:

DEFENSE COUNSEL:    Name: Allen Soven

                    Address:

                    Telephone:

BOND SET/CONTINUED: $ Cont'd in Custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 21 day of April, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-031

cc: Clerk for Judge
    U. S. Attorney