UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

v.

HAROLD ROBINSON


FILED
APR 21 2000

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>May 16, 2000 at 9:30 AM |
|---|---|

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

*signature*
BY DEPUTY CLERK

DATE: April 21. 2000

cc:
Bertha Mitrani, Esq., AUSA
Alan Soven, Esq.