# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Harold Robinson (J)#      CASE NO: 00-6042-CR-Zloch (s)

AUSA: Bertha Mitrani /Bruce Brown/      ATTNY: Allen Soven /present/

AGENT: ____      VIOL: ____

PROCEEDING: Arraignment on SS Indictment      BOND REC: ____

BOND HEARING HELD - yes/no      COUNSEL APPOINTED: ____

____ BOND SET @ ____

FILED by ____ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House ____
  ____ Electronic Monitoring ____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: ____

PTD/BOND HEARING: N/A

PRELIM/ARRAIGN. OR REMOVAL: N/A

STATUS CONFERENCE: ____

DATE: 4-21-00    TIME: 11:00am    TAPE # 00-031    PG # 1

502-565