UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

APR 2 4 2000

CLERK US DIST CT
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6042-Cr-Zloch    DATE 4-24-00

CLERK Carline Newsley    REPORTER Carl Schanzler

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Alexandre Pereira, Jonathan Fredericks, Harold Robinson,

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Samuel Rabin

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Pereira's ore tenus mtn for continuance granted - all time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC

