UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 1 6 2000

CASE NUMBER **00-6042-Cr-Zloch**    DATE **5-16-00**

CLERK **Carline Newby**    REPORTER **Carl Schanzleh**

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. **Harold Robinson**

U. S. ATTORNEY **Bertha M. Trani**    DEFT COUNSEL **Alan Soven**

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING **Plea**

RESULT OF HEARING **Deft wants New Counsel - Sovens ore Tenus mtn to withdraw denied at this time - Case set for June Calendar call —**

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC

