UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

       v.

HAROLD ROBINSON
JONATHAN FREDERICKS
BELINDA McNAIR
CRYSTAL McGEE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, Fl, 33301            June 19, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Moore, Esq.
Alan Soven, Esq.
Ana Jhones, Esq.
Samuel Smargon, Esq., AFPD