UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6042-CR-Zloch
STYLE: USA v. Robinson
DATE: 5-30-00

The Chambers of the Honorable William J. Zloch has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

X  Docket this document as a motion for _appointment of counsel & to be declared indigent_.

___ Docket this document as a response to the following motion: _____.

___ Docket this document as an answer _____.

___ Docket this document as _____.

___ Docket this as an information matter only and file on the left side of the file.

___ Other: _____

Signed: _[signature]_
Name: _____
Title: CRD

102

RECEIVED IN CHAMBERS OF
00 MAY 30 PM 1:29
JUDGE ...
US DISTRICT COURT FT. L.
SOUTHERN DIST. OF FL.

FILED BY _____ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Harold Robinson
F.D.C. # 55207-004
Case No. 00-6042-CR-Zloch

Dear Judge Zloch

I don't know if this is the formal way to write to you, but you told me to talk to my lawyer, and work it out about dismissing him and getting my money back. I have paid him over $50,000.00 on my State case and $5000.00 on my Federal case. There are no motion filed in eigther case. I'm trying to co-operate with the government on both cases. The government says they cannot talk to me until they get the O.K. from my lawyer. It's been tweleve weeks and he has not giving them permission yet. I paid him to work for me and hes not, Allen Soven says I have no money coming back to me, so I need representation.

I have nine kids I was supporting before I came to Jail on 3-7-2000. The house is being foreclose on, the cars are being repossed, and there are locking my wife up. Tyronica E. Hill case # 00-6619-CR-Zloch Right now your honor I am indigent, would you please call me back to court and appoint me an attorney, and notify my family of my court date at: 954-714-9953; Tyronica Hill.

Thank you!

Harold Robinson

Document 102  Entered on FLSD Dock

Harold Robinson
F.D.C. # 55807.004
P.O. Box 019120
Miami, Fla. 33101

Judge Zloch
299 E. Broward Blvd.
Ft. Lauderdale, Fla. 33301

33301+1344