| | | | |
|---|---|---|---|
| DEFT: | Harold Robinson (J)# | CASE NO: | 00-6042-CR-Zloch |
| AUSA: | Bertha Mitrani / present | ATTNY: | Allan Soven present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Motion to withdraw | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _St Katie Bailey_

___ BOND SET @ _____

FILED BY _____ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

A. Justin —
Motion to withdraw
Granted. Atty Soven
to fax order.
Calendar call — Monday
Atty to forward file.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 6-15-00   TIME: 11:00am   TAPE # 00-051 PG # 12

1280-1568