# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR/DIST/DIV. CODE | 2. PERSON REPRESENTED | | 3. MAG. DOCKET NO. | 4. DIST. DKT/DEF.NO. | 5. APPEALS DKT/DEF.NO. | 6. OTHER DKT. NO. |
|---|---|---|---|---|---|---|
| | | | | | | 08588 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE NO. |
|---|---|---|---|---|

| 8. IN THE CASE OF | | vs. | | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO REPRES |
|---|---|---|---|---|---|

FILED by ____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

**10. PERSON REPRESENTED (STATUS)**
1. ☐ DEFENDANT—ADULT   3. ☐ APPELLANT   5. ☐ OTHER
2. ☐ DEFENDANT—JUVENILE 4. ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)**

**12. PAYMENT CATEGORY**
A. ☐ FELONY         C. ☐ PETTY OFFENSE   E. ☐ OTHER
B. ☐ MISDEMEANOR    D. ☐ APPEAL

**13. COURT ORDER**
O. ☐ Appointing Counsel    F. ☐ Subs for FD
C. ☐ Co-Counsel            R. ☐ Subs for Retained Atty
P. ☐ Subs for Panel Atty _____
Name of prior panel attorney

Appt. Date _____   Voucher No _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

Date of Order _____   Nunc Pro Tunc Date _____

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name, including Suffix) AND MAILING ADDRESS

**15. WORK PHONE**

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?  Yes  No

**16B. SOCIAL SECURITY NO.**

**16C. EMPLOYER I.D. NO.**

17. NAME AND MAILING ADDRESS OF LAW FIRM

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| IN COURT | 17. a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = ) TOTAL HOURS = | | | $ |
| OUT OF COURT | 18. a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total out of court compensation below |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = ) TOTAL HOURS = | | | $ |
| EXPENSES | 19. TRAVEL LODGING MEALS ETC | AMOUNT | OTHER EXPENSES | AMOUNT | 19A. TOTAL TRAVEL EXP $ |
| | | | | | 19B. TOTAL OTHER EXP $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____

F. ☐ Final Payment  I. ☐ Interim Payment No. _____ Has compensation and/or reimbursement for work in this case previously been applied for? YES ☐ NO ☐
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? YES ☐ NO ☐
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.  ▶

SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

| 22. IN COURT COMP $ | 23. OUT OF COURT COMP $ | 24. TRAVEL EXPENSE $ | 25. OTHER EXPENSES $ | 26. TOTAL AMT APPROVED/CERT. $ |
|---|---|---|---|---|

APPROVED FOR PAYMENT

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER _____ DATE _____ 27A. JUDGE/MAG CODE _____

28. SIGNATURE OF CHIEF JUDGE CT OF APPEALS (OR DELEGATE) _____ DATE _____ 29. TOTAL AMT APPROVED $ _____

COPY 3 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA