

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

HAROLD ROBINSON

     Defendant.
_____/

### MOTION TO CONTINUE CALENDAR CALL

COMES NOW the Defendant HAROLD ROBINSON by and through undersigned counsel files this his Motion To Continue Calendar Call and can show as follows:

1. That Calendar Call is scheduled for Monday, June 19, 2000.

2. That Counsel for defendant HAROLD ROBINSON was appointed on this case today, June 15, 2000.

3. That Counsel for defendant HAROLD ROBINSON is scheduled for Trial before the Honorable District Judge Patricia Seitz at Federal Court in Miami, Florida, re the case U.S.A. v. Jorge Hernandez, (Case No. 99-583-CR-SEITZ) on June 19, 2000.

4. That said Trial is expected to last at least eighteen weeks.

5. That the United States should not be prejudiced because of this delay.

WHEREFORE the Defendant HAROLD ROBINSON requests that the Calendar Call be continued.

Respectfully Submitted,

ABE A. BAILEY, P.A.
18350 N.W. 2nd Avenue, 5th Floor
Miami, Florida 33169
(305) 653-8860

By:_____
ABE A. BAILEY, ESQUIRE
FBN: 0480398

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to Bertha Matrony, AUSA at the United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida on this _____ day of _____, 2000.

_____
ABE A. BAILEY, ESQUIRE