UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6042 CR-ZLOCH

UNITED STATES OF AMERICA,

v.

HAROLD ROBINSON,

  Defendant.

_____/

**ORDER**

THIS CAUSE having come before the Court on June 15, 2000, upon Defendant's

Motion to Discharge his privately retained counsel and his counsel's oral Motion to

Withdraw and the Court hearing no objection from the government, it is hereby

ORDERED AND ADJUDGED that the Motion to Discharge counsel and Motion to

Withdoraw of Alan R. Soven, Esq., be and the same is hereby GRANTED. Alan R. Soven

is hereby relieved from any and all further responsibility. Ira Bailey, Esq., CJA Counsel,

is hereby appointed to represent defendant.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this 15th

day of June, 2000.

BARRY SELTZER, MAGISTRATE
UNITED STATES DISTRICT COURT

Copies furnished to:

  Alan R. Soven, Esq.
  Bertha Mitrani, AUSA

