UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6042-Cr-Zloch    DATE 6-19-00
CLERK Cassie Newby    REPORTER Carl Schanzleh
PROBATION ___    INTERPRETER ___

UNITED STATES OF AMERICA V. Harold Robinson
Belinda McNair
U. S. ATTORNEY Bertha Mitchell    DEFT COUNSEL Steve Ferfa for
Jhones

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft McNair's Mtn for Continuance granted - all time excludable.

JUDGMENT ___

CASE CONTINUED TO ___    TIME ___    FOR ___

MISC ___

117