UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HAROLD ROBINSON

        Defendant.
_____/

### MOTION TO CONTINUE CALENDAR CALL

COMES NOW the Defendant HAROLD ROBINSON by and through undersigned counsel files this his Motion To Continue Calendar Call and can show as follows:

1. That Calendar Call is scheduled for Friday, August 11, 2000 at 9:00 a.m.

2. That Counsel for HAROLD ROBINSON is currently in Trial before the Honorable District Judge Patricia Seitz in Federal Court re the case U.S.A. vs. Jorge Hernandez, Case No. 99-583-CR-Seitz.

3. That said Trial is expected to last for at least eighteen weeks.

4. That Counsel for the Defendant HAROLD ROBINSON will not be excused for any reason, unless authorized by the Honorable District Judge Patricia Seitz. (See Attached Order)

WHEREFORE the Defendant HAROLD ROBINSON requests that the Calendar Call scheduled for Friday, August 11, 2000 be continued.

Respectfully Submitted,

ABE A. BAILEY, P.A.
Attorneys for Defendant
18350 N.W. 2nd Avenue, 5th Floor
Miami, Florida 33169
(305) 653-8860

By:_____
ABE A. BAILEY, ESQUIRE
FBN: 480898

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to Bertha Mitrani, AUSA at the United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Ana Jhones, Esquire for defendant McNair, located at Bayside Plaza, Suite 625, 330 Biscayne Boulevard, Miami, Fl 33132 on this ___21st___ day of _____, 2000.

_____
ABE A. BAILEY, ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HAROLD ROBINSON

        Defendant.
_____/

ORDER

THIS CAUSE came before the Court upon Defendant's Motion To Continue Calendar Call.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby _____

DONE AND ORDERED in chambers at _____, Florida on this _____ day of _____, 2000.

                                 _____
                                 UNITED STATES DISTRICT JUDGE

Copies furnished:

Abe A. Bailey, Esquire
Bertha Mitrani, AUSA
Ana Jhones, Esquire
(for Defendant McNair)