CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by ___ D.C.
JUL 25 2000

Case No. 00-6042-Cr-Zloch   Date 7/21/00
Clerk L. Webb   Reporter F. Saloper
USPO No   Interpreter No

UNITED STATES OF AMERICA v. Harold Robinson

AUSA A. Martinez for B. Mitani   Defense Counsel A. Bailey

Defendant(s): Present X   Not Present ___   In Custody Yes

Reason for Hearing: Change of plea to Count 3 of Superceding Indictment.

Result of Hearing: Adjudicated guilty; referred to probation.

Case Continued to: _____ Time _____ For _____

Misc.: Sentencing 10/13 @ 11:30 before Judge Zloch.

#129
#1