UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

FILED by _____ D.C.
SEP 2 6 2000

UNITED STATES OF AMERICA

v.

HAROLD ROBINSON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
October 13, 2000, at 3:00 PM

SENTENCING -NOTE TIME CHANGE

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: September 26, 2000

cc:
Bertha Mitrani, Esq., AUSA
Abe Bailey, Esq.
Probation

