FILED by
OCT 1 3 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6042-CR-Zloch DATE 10-13-00
CLERK Carlong Newby   REPORTER Carl Schanzleh
PROBATION Ed Cooley   INTERPRETER

UNITED STATES OF AMERICA  v. Harold Robinson

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Abe Bailey

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 3 - 24 months custody of
BOP - 3 yrs supervised Release
$100 assessment - $54,653.62
Restitution joint & several -
JUDGMENT  Spec conds Participate in
drug/alcohol abuse program
Cooperate with Fla Dept of Revenue
for child support payments -

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC  Provide full financial disclosure;
Obtain prior written approval
before any self-employment -
Abe Bailey appointed for appeal -
Court Recommends facility to
treat substance abuse program -

157