UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| ALEXANDRE PEREIRA, | : |
| JONATHAN FREDERICKS, | : |
| a/k/a "Jonathan Onwuemelie Fredericks," | : |
| HAROLD ROBINSON, | : |
| BELINDA MCNAIR, | : |
| and | : |
| CRYSTAL MCGEE, | : |
| a/k/a/ "Krystal McGee", | : |
| | : |
| Defendants. | : |
| _____/ | |



### UNITED STATES' NOTICE OF COMPLIANCE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby gives notice that it has complied with the Court's Order of March 20, 2001, directing it to furnish a copy of that Order to all counsel of record in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Facsimile: 954/356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular first class mail to counsel for the defendants, as set forth below, on this 26th day of March, 2001,

Samuel Rabin, Jr., Esquire
Samuel Rabin, Jr., P.A.
799 Brickell Plaza, Suite 606
Miami, Florida 33131

Samuel Smargon, Esq.
Assistant Federal Public Defender
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, Florida 33301

Richard A. Moore
Richard A. Moore, P.A.
Suite 200, The White Building
One Northeast Second Avenue
Miami, Florida 33132

Ana M. Jhones, Esquire
Ana M. Jhones, P.A.
Bayside Plaza; Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

Abe Bailey
18350 N.W. 2d Avenue
Miami Florida 33169

Bertha R. Mitrani
Assistant United States Attorney

2